# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DERRICK WOODBERRY

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO. 2021 CW 0188

MAY 10, 2021

---

In Re:    Derrick Woodberry, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 681512.

---

**BEFORE:    McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT GRANTED WITH ORDER.** The writ is granted peremptorily and the district court is ordered to provide to this court, within twenty days of the date of this action: 1) evidence that it has acted on relator's Motion for Correction and Expansion of the Administrative Record, which was filed in the district court on or about June 27, 2019, or 2) a per curiam explaining to this court why it has not acted to do so pursuant to the September 3, 2020 order of this court.

**JMM**
**GH**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT